1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

| | |
|---|---|
| TIARAH M. S.,[1] | CASE NO. 2:24-cv-02442-MAR |
| Plaintiff, | JUDGMENT |
| v. | |
| LELAND DUDEK,[2]<br>Acting Commissioner of Social Security, | |
| Defendant. | |

17
18
19

It is the judgment of this Court that the final decision of the Commissioner of the Social Security Administration is **REVERSED**, and the action is **REMANDED** for further proceedings consistent with the Memorandum and Order.

20

DATED:  March 28, 2025

21
22



23
24

_____
MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

25
26

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

27
28

[2] Leland Dudek became Acting Commissioner of Social Security on February 15, 2025.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he is automatically substituted as the Defendant herein.